No. 74-608.  CAREY ET AL. *v.* O'DONNELL ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 74-610.  NORTHEAST MASTER EXECUTIVE COUNCIL *v.* CIVIL AERONAUTICS BOARD ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 74-612.  PINNELL *v.* ARKANSAS.  Sup. Ct. Ark. Certiorari denied.

No. 74-616.  PETERS ET AL. *v.* CLARK ET AL.  Petition for certiorari before judgment to C. A. 5th Cir.  Certiorari denied.

No. 74-625.  CALVERT *v.* STATE ADMINISTRATIVE BOARD OF ELECTION LAWS ET AL.  Ct. App. Md.  Certiorari denied.

No. 74-627.  NELSON *v.* SOUTH DAKOTA.  Sup. Ct. S. D.  Certiorari denied.

No. 74-628.  LIBERTY NATIONAL LIFE INSURANCE CO. ET AL. *v.* BATTLE, DBA EDGAR H. BATTLE FUNERAL HOME, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74-629.  PLACID OIL CO. ET AL. *v.* LOUISIANA ET AL.; and

No. 74-638.  TEXACO INC. *v.* LOUISIANA ET AL.  Sup. Ct. La.  Certiorari denied.  Reported below: 300 So. 2d 154.

No. 74-639.  CONNECTICUT ET AL. *v.* KLARMAN ET AL. C. A. 2d Cir.  Certiorari denied.